No. 282. DEDERICK *v.* SMITH. Jurisdictional state-

ment distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Railroad Co.* v. *Husen,* 95 U. S. 465, 472; *Jacobson* v. *Massachusetts,* 197 U. S. 11, 28, 29; *Zucht* v. *King,* 260 U. S. 174, 176, 177. *Florence M. Dederick, pro se. Mr. Fred C. Demond* for appellee.